IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RHONDA J. COX,

      Petitioner,

vs.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

      Respondent.

Case No. 3:08cv0422

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. #33) IN THEIR ENTIRETY, AND OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #34); PLAINTIFF'S MOTION TO VACATE JUDGMENT (DOC. #32) OVERRULED: CAPTIONED CAUSE REMAINS TERMINATED

---

Pursuant to the reasoning and citations of authority set forth by the United States Magistrate Judge, in her Report and Recommendations filed February 15, 2012 (Doc. #33), as well as upon a thorough de novo review of this Court's file and the applicable law, this Court adopts said Report and Recommendations in their entirety, and overrules Plaintiff's objections thereto (Doc. #34). The Plaintiff's motion to vacate the judgment (Doc. #32) is overruled.

Judgment will be ordered entered in favor of the Defendant and against Plaintiff herein, overruling Plaintiff's motion to vacate the previously entered judgment. The captioned cause remains terminated upon the docket records of the

United States District Court for the Southern District of Ohio, Western Division, at Dayton

March 28, 2012

                                      WALTER HERBERT RICE, JUDGE
                                      UNITED STATES DISTRICT COURT

Copies to:

Counsel of record

Rhonda J. Cox, Pro Se
348 Perry Street
New Lebanon, OH 45345